# EXHIBIT B

| | |
|---|---|
| **Client Name** | Thomas Tucci |
| **Company Name** | Fractyl Health, Inc. |
| **Ticker Symbol** | GUTS |
| **Security Type** | |
| **Class Period Start** | 01-13-2025 |
| **Class Period End** | 01-29-2026 |
| **90-DAY Lookback Period Start** | 01-29-2026 |
| **90-DAY Lookback Period End** | 04-28-2026 |
| **90-DAY Lookback Average** | $ 00.48 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $47,717.77 |
| **DURA LIFO* Total** | $47,717.77 |
| **Gross Shares Purchased** | 30,576 |
| **Net Shares Retained** | 30,576 |
| **Net Funds Expended** | $62,453.53 |

| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 12-24-2025 | 1000 | 2.27 | $ 2,270.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,788.06 | $ 1,788.06 |
| 12-24-2025 | 1000 | 2.27 | $ 2,270.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,788.06 | $ 1,788.06 |
| 12-24-2025 | 1000 | 2.26 | $ 2,260.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,778.06 | $ 1,778.06 |
| 12-24-2025 | 1000 | 2.26 | $ 2,260.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,778.06 | $ 1,778.06 |
| 12-24-2025 | 2000 | 2.27 | $ 4,540.00 | | | | | | - | 2000 | 2000 | $ 00.48 | $ 963.88 | $ 3,576.12 | $ 3,576.12 |
| 12-24-2025 | 2000 | 2.26 | $ 4,520.00 | | | | | | - | 2000 | 2000 | $ 00.48 | $ 963.88 | $ 3,556.12 | $ 3,556.12 |
| 12-24-2025 | 2000 | 2.26 | $ 4,520.00 | | | | | | - | 2000 | 2000 | $ 00.48 | $ 963.88 | $ 3,556.12 | $ 3,556.12 |
| 12-29-2025 | 1000 | 2.23 | $ 2,230.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,748.06 | $ 1,748.06 |
| 12-31-2025 | 1000 | 2.21 | $ 2,210.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,728.06 | $ 1,728.06 |
| 01-05-2026 | 1000 | 2.05 | $ 2,050.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,568.06 | $ 1,568.06 |
| 01-08-2026 | 1000 | 2.11 | $ 2,110.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,628.06 | $ 1,628.06 |
| 01-09-2026 | 1000 | 2.07 | $ 2,070.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,588.06 | $ 1,588.06 |
| 01-09-2026 | 1000 | 2.03 | $ 2,030.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,548.06 | $ 1,548.06 |
| 01-12-2026 | 1000 | 1.99 | $ 1,990.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,508.06 | $ 1,508.06 |
| 01-12-2026 | 1000 | 1.98 | $ 1,980.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,498.06 | $ 1,498.06 |
| 01-12-2026 | 1000 | 1.98 | $ 1,980.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,498.06 | $ 1,498.06 |
| 01-20-2026 | 1000 | 1.84 | $ 1,840.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,358.06 | $ 1,358.06 |
| 01-20-2026 | 1000 | 1.83 | $ 1,830.00 | | | | | | - | 1000 | 1000 | $ 00.48 | $ 481.94 | $ 1,348.06 | $ 1,348.06 |
| 01-21-2026 | 1 | 1.73 | $ 01.73 | | | | | | - | 1 | 1 | $ 00.48 | $ 00.48 | $ 01.25 | $ 01.25 |
| 01-21-2026 | 250 | 1.84 | $ 460.00 | | | | | | - | 250 | 250 | $ 00.48 | $ 120.48 | $ 339.52 | $ 339.52 |
| 01-21-2026 | 500 | 1.85 | $ 925.00 | | | | | | - | 500 | 500 | $ 00.48 | $ 240.97 | $ 684.03 | $ 684.03 |
| 01-21-2026 | 1999 | 1.72 | $ 3,438.28 | | | | | | - | 1999 | 1999 | $ 00.48 | $ 963.40 | $ 2,474.88 | $ 2,474.88 |
| 01-21-2026 | 2000 | 1.73 | $ 3,460.00 | | | | | | - | 2000 | 2000 | $ 00.48 | $ 963.88 | $ 2,496.12 | $ 2,496.12 |
| 01-21-2026 | 3000 | 1.84 | $ 5,520.00 | | | | | | - | 3000 | 3000 | $ 00.48 | $ 1,445.82 | $ 4,074.18 | $ 4,074.18 |
| 01-23-2026 | 1826 | 2.02 | $ 3,688.52 | | | | | | - | 1826 | 1826 | $ 00.48 | $ 880.02 | $ 2,808.50 | $ 2,808.50 |
| **Total:** | **30,576** | | **$62,453.53** | | | | | | | **30,576** | **30,576** | | **$14,735.76** | **$47,717.77** | **$47,717.77** |

***Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)***

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.