**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN LORNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRACTYL HEALTH, INC., HARITH RAJAGOPALAN, and LISA A. DAVIDSON,<br><br>Defendants. | Case No.: 1:26-cv-07167-PAE<br><br>Hon. Paul A. Engelmayer |

**NOTICE OF WITHDRAWAL OF THOMAS TUCCI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Thomas Tucci ("Movant") respectfully hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. *See* ECF No. 12. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the other movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to renew his motion and serve as Lead Plaintiff.

Dated: October 23, 2026

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Thomas Tucci*